UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDREKA WALKER,

           Plaintiff,

v.                                               Case No. 23-12328
                                                 Honorable Linda V. Parker

DEANNA HARRIS, et al.,

           Defendant.
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS (ECF No. 48)**

This matter comes before the Court on Plaintiff's motion to extend time to file objections to the Magistrate Judge's report and recommendation. (ECF No. 48.)  The Court having reviewed the motion,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and Plaintiff's objections must be received on or before **February 22, 2025**.

                                                        s/ Linda V. Parker
                                                        LINDA V. PARKER
                                                        U.S. DISTRICT JUDGE

Dated: February 5, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, February 5, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager
