UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDREKA WALKER

      Plaintiff,

v.

DEANNA HARRIS et al.

      Defendants.

_____/

Case No. 23-cv-12328
Honorable Linda V. Parker

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE GRAND'S
APRIL 8, 2026, REPORT AND RECOMMENDATION (ECF NO. 68)**

Pro se Plaintiff Freddreka Walker ("Plaintiff") commenced this Section 1983

action against Deanna Harris, Mary Coyle, Karen Thomas, Craig Kline, and Peter

Kunc ("Defendants") on September 13, 2023.  42 U.S.C. § 1983.  (ECF No. 1.)

The matter has been assigned to Magistrate Judge David R. Grand for all pretrial

proceedings, including a hearing and determination of all non-dispositive matters

pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all

dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 11.)

On December 5, 2025, Defendants Coyle, Harris, and Thomas filed a motion

to dismiss.[1]  (ECF No. 63.)  On December 9, 2025, the Court ordered Plaintiff to

---

[1] Defendants Kline and Kunc filed motions to dismiss at earlier stages.  (*See* ECF Nos. 29 & 32.)
On July 22, 2024, and February 26, 2025, the Court adopted Magistrate Judge Grand's
recommendations to dismiss both Defendants. (ECF Nos. 39 & 53.)

respond to Defendants' motion, but the mail returned as undeliverable.  (ECF Nos. 64 & 65.)  On March 17, 2026, the Court ordered Plaintiff to show cause and to provide a current address.  (ECF No. 66.)  This order was also returned as undeliverable.  (ECF No. 67.)

On April 8, 2026, Magistrate Judge Grand issued a report and recommendation ("R&R") recommending that the Court dismiss Plaintiff's complaint for failure to prosecute pursuant to Fed. R. Civ. P. 41(b), and to deny Defendants' motion to dismiss as moot.  (ECF No. 68, PageId.493.)  At the conclusion of his R&R, Magistrate Judge Grand advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. He specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal."  *Id*.  More than fourteen days have passed since service upon the parties and no objections to the R&R have been filed.  More than seventy days have passed since the Court ordered Plaintiff to show cause and to provide a current address.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Grand.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is dismissed for failure to prosecute under Fed. R. Civ. P. 41(b).

2

**IT IS FURTHER ORDERED** that Defendants motion to dismiss (ECF No. 63) is **DENIED AS MOOT**.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 8, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 8, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

3